UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-81330-MARRA

SANTIAGO ABREU,

     Plaintiff,

vs.

PALM BEACH BOOK AND VIDEO, INC.,

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, SANTIAGO ABREU ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant PALM BEACH BOOK AND VIDEO, INC., have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Respectfully submitted this 9th day of September, 2016.

BY:   /s/ Jason S. Weiss
        Jason S. Weiss
        Jason@jswlawyer.com
        Florida Bar No. 356890
        Peter S. Leiner
        Peter@jswlawyer.com
        Florida Bar No. 104527
        **WEISS LAW GROUP, P.A.**
        5531 N. University Drive, Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        Fax: (954) 573-2798
        Attorneys for Plaintiff