UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81330-KAM

SANTIAGO ABREU,

    Plaintiff,

vs.

PALM BEACH BOOK AND VIDEO, INC.,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (DE 9). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge